MAURICE SILKEN, Appellant, *v.* MARY T. FARRELL, Respondent.

Argued October 5, 1953; decided October 22, 1953.

*Samuel Polinsky* for appellant.

*Anson W. Van Ness* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

DANIEL FALINA, Appellant, *v.* HOLLIS DINER, INC., Respondent.

Submitted October 8, 1953; decided October 22, 1953.